# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy

**FILED
CLERK**

2:28 pm, Jan 11, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

Date: 1/11/21
Re: 19-CV-5803(SJF/AVS)

Dear *pro se* litigant:

The enclosed __document__ is being returned without docketing or consideration for the following reason(s):

( ) The docket number and/or judges' initials are incorrect or missing.

( ) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( ) These papers appear to be intended for another court or agency.

(✓) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( ) Your papers do not meet the minimum requirements for:
 ( ) Legibility: please type or print clearly.
 ( ) Language: only English is acceptable.
 ( ) Form or Content: See forms/instructions enclosed.
 ( ) Please indicate the documents you served on your affirmation of service.
 ( ) Other:

( ) This Court will only accept papers on 81/2 by 11 paper. Note that this does not include exhibits.
( ) Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

 United States Court of Appeals for the Second Circuit
 Thurgood Marshall U. S. Courthouse
 40 Foley Square, New York, NY 10007

( ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

( ) Other:

By: J. Grady, Deputy Clerk



DRUPATEE RAMPERSAD

RICK RAMPERSAD

104-12 121 STREET

RICHMOND HILL NY 11419

**Referenced property: 107-38 120 Street, Richmond Hill NY 11419.**

**Case No: 19-CV-5803-SJF-AYS**

**Plaintiff: Windward Bora LLC- Second mortgage**

DEAR JUDGE SANDRA FEUERSTEIN,

    We are writing to you about an upcoming auction happening on our referenced house. The auction is set to take place on January 12, 2021. We were not made aware of an upcoming auction nor foreclosure nor a transfer in our loan. We never received a summons and <u>complaint because we don't live at the referenced property</u>. We have not had time nor finances to hire an attorney to address the issue since we are just made aware of this upcoming auction.

    Our deed was just stolen by our non-paying tenant who happened to be our CPA in filing taxes. She forged our signatures and signed our deed over to herself as well as obtained car loans in our names. We want to hire an attorney to return our deed to us as well as get an attorney to help us address the upcoming foreclosure.

    It is with a grieving heart that we implore the court to hear out our request for an emergency motion to re-open our case of a foreclosure happening and a possible reverse judgement. We currently have no finances to afford a foreclosure attorney to represent us against windward bora LLC. But hope to get one soon.

Sincerely,

Rick Rampersad

*Rick Rampersad*

Drupatee Rampersad

*Drupatee Rampersad*