**FILED**
**CLERK**

2:24 pm, Jan 12, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DRUPATEE RAMPERSAD

RICK RAMPERSAD

104-12 121 STREET

RICHMOND HILL NY 11419

<u>Referenced property: 107-38 120 Street, Richmond Hill NY 11419.</u>

<u>Case No: 19-CV-5803-SJF-AYS</u>

<u>Plaintiff: Windward Bora LLC- Second mortgage</u>

DEAR JUDGE SANDRA FEUERSTEIN,

    We are writing to you about an upcoming auction happening on our referenced house. The auction is set to take place on January 12, 2021. We were not made aware of an upcoming auction nor foreclosure nor a transfer in our loan. We never received a summons and <u>complaint because we don't live at the referenced property</u>. We have not had time nor finances to hire an attorney to address the issue since we are just made aware of this upcoming auction.

    Our deed was just stolen by our non-paying tenant who happened to be our CPA in filing taxes. She forged our signatures and signed our deed over to herself as well as obtained car loans in our names. We want to hire an attorney to return our deed to us as well as get an attorney to help us address the upcoming foreclosure. **I have also sent this same notice to Margolin and Weinreb the plaintiff's attorney who is Alyssa Kapner for Winward Bora LLC. I am asking all parties to work with us since we have not been properly served.**

    It is with a grieving heart that we implore the court to hear out our request for an emergency motion to re-open our case of a foreclosure happening and a possible reverse judgement. We currently have no finances to afford a foreclosure attorney to represent us against windward bora LLC. But hope to get one soon.

Sincerely,

Rick Rampersad
*Rick Rampersad*

Drupatee Rampersad
*Drupatee Rampersad*

---

The application is denied as without basis. The affidavits of service indicate that defendants were served with a summons and the complaint at a different address than the "referenced property," to wit 104-12 121st Street, 2nd Floor, rear door, South Richmond Hill, NY, which is the address listed on defendants' current motion. Moreover, defendant Rick Rampersad clearly received the complaint since he filed a motion to dismiss the complaint on 11/8/2019.

SO ORDERED.

January 12, 2021

/s/Sandra J. Feuerstein

U.S.D.J.